### In re Paul Andrew WALTERS, District Justice in and for Magisterial District 19-3-10.

### No. 3 JD 96.

Court of Judicial Discipline
of Pennsylvania.

Aug. 14, 1997.

### ORDER

PER CURIAM.

AND NOW, this 14th day of August, 1997, the Respondent having appeared before this Court in open session on July 14, 1997, IT IS HEREBY ORDERED that this matter be and it hereby is concluded and ended.